Lance Conway Wood #31919
James Earl Newman #72431
Thomas Baccus, Jr. #42392
Milo Beeson #24671
Richard G. Spor #14815
Nathan Daniel Diggs #39368
ISCI
P.O. Box 14
Boise, Idaho 83707

Plaintiffs

U.S. COURTS

SEP 03 2010

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| LANCE CONWAY WOOD, et al., | Case No. 1:10-CV-00277-REB |
| Plaintiffs, | |
| -vs- | DECLARATION UNDER PENALTY OF PERJURY OF NATHAN DIGGS |
| BOARD OF CORRECTIONS, et al., | |
| Defendants. | |

COMES NOW, Nathan Diggs, being competent to make this declaration, and having personal knowledge of the matters therein, hereby declares pursuant to 28 U.S.C. §1746:

1. I am a quadriplegic residing in the basement of medical's long-term care clinic. There are a total of sixteen (16) prisoner patients in the long-term care clinic, under the care of either one (1) Licensed Practical Nurse (LPN), or 1 Registered Nurse (RN), per twelve hour shift.

2. I cannot be housed anywhere else in the IDOC prison system due to the twenty-four hour personal care my medical conditions requires me to have. The LPN or RN on duty provides me with the necessities of life, i.e. feeds me (solids and liquids), changes me (bedding, clothing, and waste), and provides my hygiene care, i.e. bathes me, brushes my teeth, clips my nails, and shaves me.

DECLARATION UNDER PENALTY OF NATHAN DIGGS - 1

3. Being a quadriplegic, I am unable to read, write, use the telephone, attend chapel services, gym, school, Resource Center, or program, without assistance from other prisoners. IDOC or CMS staff, cannot and do not, assist me in these areas.

4. The only prisoners permitted to assist prisoner patients housed in medical, are prisoners that receive training through the chapel based Life Transitions Program (LTP).

5. The LTP volunteers assist the LPN or RN with delivering meals, feeding patients (those who cannot fead themselves), bring us water, ice, or juice, and help the LPN or RN with lifting us out of and into: bed, wheelchair, and bathtub. They also will help clean the room, change bedding, and whatever task is asked of them by the LPN, RN, or IDOC security staff.

6. For several years the LTP volunteers assisted in warming up my meals, writing letters and making telephone calls to my family and friends, reading to me, addressing my concern by acting as a mediator between IDOC and CMS staff, and being a confidant when I needed someone to listen to my problems. On every Sunday morning, three (3) LTP volunteers would provide church services to us, and brought religious reading material to us.

7. In October 2009, upto the present date of July 7, 2010, the LTP has been shut down. Even though the LTP volunteers did not provide direct medical care, they did enough other things to help free up the LPN or RN so they could concentrate on more important duties.

8. Ever since I have been housed in medical, I have seen how busy the LPNs' and RNs' are, and have heard them complain about how impossible it is to treat all 16 patients on their own

DECLARATION UNDER PENALTY OF PERJURY OF NATHAN DIGGS - 2

without help from other staff. When they're treating one patient, it never fails to have upto five (5) other patients calling them for help.

9. I complained to CMS and IDOC staff, including Health Service Administrator Jeff Shahan, Warden Johanna Smith, and Shell Wamble-Fisher, about how the lack of medical staff, and the cancelation of the LTP, is violating my rights, because all my medical, religious, and personal needs, are not being met. I complained to them verbally, and by concern forms (when I found someone not too afraid to fill one out for me). (See Exhibit A.).

10. I told the above named and un-named individuals that since October 2009; my meals sit around for one (1) to four (4) hours before I am fed, and depending on which LPN or RN is working, the meals are fed to me cold; I go without anything to drink for hours and sometimes for half a day; I am bathed once a week, and once it took three (3) weeks to get a bath; and, I am forced to lay in my own waste for hours before being changed. In addition to notifying them of all my medical treatment and care being delayed, I told them that since October 2009, I have been without anyone to assist me in writing and telephoning my family and friends; I and the patients that cannot leave medical have gone without church services and religious reading material; I am unable to address my concerns/grievances; and, until now I had no help in addressing my claims in court.

11. I feel like I am locked away in a dungion, and that no one cares about me anymore. I watched as my friend Lessly Walker

DECLARATION UNDER PENALTY OF PERJURY OF NATHAN DIGGS - 3

gave up on life and died. He told me that he was mad at God because nobody (LTP volunteers) cared enough about him to came down anymore to help him. It was the same for Rienheardt Beverly before he died. He was placed into a cell with a patient that couldn't care for himself either (and died also shortly after Beverly) and had to watch as Beverly drowned in his own fluids, because the LPN or RN couldn't respond because she was busy. From October 2009, upto the time of their death, all three of them went without writing or telephoning their families and friends, basically, they went without everything I require assistance with.

12. I live in fear every day, because I know if something seriously happened to me, I would die before medical staff could reach me in time to save me.

13. I am suffering physically and emotionally. Deputy Warden Fisher gave an order that noone other than medical staff can come into my room to assist me. Fisher sent a clinician to see me. I believe his name was Martin. He asked me about my problems, and was snooty. He left without doing anything for me. Later I received a responce from my concern sent to Fisher, stating that if I "need a clinician feel free to send a concern form to clinician Martin." (See Exhibit B.).

t    14. I had someone contact Bobby Ball of the ADA Task Force to inform her of the violations going on at the ISCI hospital. However, when she called the prison, someone told her that I was causing problems and I was the one that was refusing assistance. I was told that I needed to behave.

DECLARATION UNDER PENALTY OF PERJURY OF NATHAN DIGGS - 4

Pursuant to 28 U.S,C §1746, I declare under penalty of perjury that the foregoing is true and correct. Executed on July 7, 2010.

7-7-10

(Mark of Nathan Diggs)

CERTIFICATE OF SERVICE

I, Nathan Diggs, hereby certify that on August 15, 2010, I Mailed a true and correct copy of the DECLARATION UNDER PENALTY OF PERJURY OF NATHAN DIGGS to:

Criminal Law Division
Attornewy General's Office
1299 N. Orchard St., Suite 110
Boise, Idaho 83706

(Mark of Nathan Diggs)

DECLARATION UNDER PENALTY OF PERJURY OF NATHAN DIGGS - 5