Nathan D. Diggs #39368
(Full Name/Prisoner Name)

Nathan Diggs 39368
ISCI, PO Box 14
Boise, ID 83707_____
(Complete Mailing Address)

U.S. COURTS

FEB 0 9 2011

Rcvd_____Filed_____Time_____
ELIZABETH A. SMITH
CLERK, DISTRICT OF IDAHO

United States District Court
For the District of Idaho

Lance Conway Wood, etal.,
Plaintiff/Petitioner,

vs.

Board of Correction, etal.,
Defendant/Respondent.

Case No. 1:10-cv-00277-REB

AFFIDAVIT OF Nathan Diggs
& Amended Complaint

STATE OF IDAHO

County of Ada

Nathan D. Diggs, after first being duly sworn upon his oath, deposes and says as follows:

In response to this court's order I feel it is important to explain my current physical condition and limitations. I have had Multiple Sclerosis for almost 30 years. Presently I am unable to use my arms or walk and I am dependant on nurses for 100% of my personal care including being fed, bathed and cleaned.

I am unable to write with my hands and can only sign my name by a pen being placed in my mouth and applying a scribble to a page.

The ISCI Legal Assistant Andrea Blades is assisting me with the preparation of this document.

When I began living in the ISCI Medical Building it was October 2005 to the best of my memory, at that time I could walk with a walker and had use of my arms and hands.

The following incidents happened while I was living in the ISCI Medical Building.

Mark Comstock is a former employee of CMS, he worked as a LPN/Nurse and the incidents listed are just a few of the things that occurred during

his employment and work assignment in this medical building in 2007 and 2009.

1) Mark Comstock wanted to initiate a bowel program and the use of a condom catheter for my waste management to replace the current management with a diaper. I did not agree with this as it had not worked for me in the past. In the latter part of 2007 Mark Comstock assaulted me by attempting to apply a condom catheter without my permission/ cooperation, against my will. I refused but he physically forced me to comply with his attempt and stimulated my penis without my cooperation to apply the condom part of the catheter.

2) In April of 2008 Mark Comstock would threaten me that he was going to go to the Warden and get a court order to have feeding tubes, IV's and catheter installed instead of taking care of me.

3) Mark Comstock threatened to write me a DOR for plugging up the toilet with wet wipes when the nurses were flushing the wet wipes used to clean up my roommate who had a broken hip and they were the cause of the toilet backing up.

4) In March of 2008 Mark Comstock moved me into a room with 3 other inmates because it was "inconvenient" for him to walk from room 7 to room 10 so he had all patients with the "most needs" put in one room. Some were hearing impaired and Mark Comstock proceeded to turn up the volume on the TV to maximum. He would not move me out of the room even after I complained the volume was hurting my ears bad. I have a medical condition of excess scar tissue on my ears making my ears super sensitive to noise and the TV sound is very painful for me. This situation drove me to "loose it" and on 03/14/2008 I started yelling and threw a fit the best I could and as a result I was placed in the medical segregation room for 2 or 3 months.

5) Mark Comstock would not feed me certain meals and he would eat my meals if he liked them, he always ate my cinnamon roll every other Friday.

6) Mark Comstock would threaten me that he was going to cut my hair off when he would bath me.

7) I complained about Mark Comstock on concern forms and verbally to staff. Mark Comstock was assigned to a different work location at one point but this change did not last long before he was back in the Medical Unit.

8) During isolation times and medical segregation time mentioned in item #4 I did not have access to TVs, books, property, writing utensils or paper to write complaints. The only window was partially covered and I was not given recreation time. The inmate janitors were told not to talk to me or even look at me when they entered my cell to clean it.

9) I experience regular migraines and during isolation when I had migraines C/O Turner would flip on the lights and stand at the door and flip me off.

10) On 04/15/2008 C/O White (#5589) witnessed Mark Comstock picking me up and throwing me around while changing my diaper and reported it.

11) Mark Comstock was fired in 2009, it is my understanding he was fired because he was not feeding me and my roommate, Mr. Merkley, who died.

Over the two years these problems were occurring and the medical segregations stress was high for me and I believe the stress accelerated my disease and the loss of my arms and hands.

Gregory McElroy is a former employee of CMS, he worked as a LPN/Nurse on swing shift and the incidents listed are just a few of the things that occurred during his employment and work assignment in this medical building in 2008.

1) Gregory McElroy would refuse me food, he would deliver everyone's trays except mine or he would put my tray out of my reach.  I had limited use of my arms at that time.
2) When I had a feeding order that stated I had to be fed by staff Gregory McElroy would refuse to feed me.
3) Greg McElroy made arrangements to drop the feeding order on 08/14/2008 and I had to feed myself.  The more I moved my arms the more they hurt and the more stiff they would get, also I could not open the Styrofoam containers.
4) Greg McElroy and others accused me of faking the progression of my disease -- not being able to move my arms -- if they saw me move my arms they would stop taking care of me.  During these battles (and there was more than one) over whether or not I could feed myself I lost a lot of weight.  I got down to 78 pounds and was told I was not considered underweight until my weight fell below 78 pounds. They never weighted me after that so I don't know for sure but I think I weighted less than that.
5) Greg McElroy would not put on my diapers right, he would put them on backwards, sideways, inside out, or he would not change me at all and leave me sitting in dirty diapers his shift.
6) A nurse by the name of Tina (I think) who used to work for CMS in this unit witnessed Gregory McElroy giving me my morning shots and he would more stab me then administer a shot, she witnessed this and reported him.
7) Greg McElroy was fired for being inappropriate with inmates in medical - I think he worked in Medical since 2006.

John Grecho worked days (morning to early afternoon shift), as a LPN/Nurse for CMS and I met him in 2006.

1) On the days John Grecho worked and Gregory McElroy worked together (one day shift, the other swing shift) I did not get fed at all. It appeared to me that John Grecho and Gregory McElroy were friends because the talked about seeing each other outside of work at bars and convenient stores and I believe they planned to not feed me the days they worked together.
2) I have trouble swallowing and John Grecho on at least 3 occasions told me that I could choke on food or a pill and pass out and just pass away and this would all be over. I believe he was encouraging me to die.

3) Sometimes John Grecho would wait 3-6 hours before he would give me any milk and my milk was open (not covered).

During a segregation period in approximately April of 2008 "Freda" a German women who was a nurse ordered me to drink milk that was obviously bad.  The milk had been sitting on the block partition wall in my cell for 2 weeks.  Freda came in my room and said you look dehydrated and you should drink something, she put a straw in the milk and even though it was obviously bad, it smelled and it was thick, she ordered me to drink it.  I was not talking at the time so I shook my head no and she ordered me to drink it, I did and ended up throwing up the entire day.

I had a drug reaction on 04/02/2006 when I was given a shot of phenajrim (not sure of spelling) and woke up in the Hospital in ICU two days later.  It started when I was in Room 8 and complained of not feeling well.  I wasn't talking then so I wrote a note to the nurse saying I wasn't feeling well, the unknown male nurse who was eventually fired told me he didn't have time to deal with me.  By night time I was throwing up with a migraine and the night nurse gave me a shot of phenajrim and that was the last thing I remember.  When I woke up in the Hospital ICU two days later I found out I had pneumonia and that's why I wasn't feeling well.

The Hospital Doctors wanted to do a swallow evaluation to see why I had pneumonia.  A new Correctional Officer came on duty and he thought I was deaf.  I heard the Correctional Officer tell the MRI technician I was a child molester and I was kidnapping children as they came out of school, it was a lie.  After they moved me back to my room the hospital security staff came in and told the CO to call the prison and I overheard one side of the conversation.  The CO said "I only looked him up for security reasons -- I had no intentions of getting a restraining order on him".  The next day I was kicked out of the hospital and I believe it was because the correctional officer told the doctors and nurses this lie.

On 03/05/2007 the staff here in the Medical Building gave me phenajrim again.  I was in room 3 segregation for a fight and I had a migraine and an upset stomach. A female nurse I didn't know came in and gave me a shot of phenajrim and I woke up in the hospital emergency room.

Early in 2010 the medical staff again gave me phenajrim in pill form. The female nurse who I don't have a name for hid the pill in my biscuits and gravy and when I bit down I heard a crunch.  I stopped eating and asked what she gave me, phenajrim, I spit it out and explained I am allergic to phenajrim.  The nurse responded "no you're not I looked it up".  But it's on the side of my file so she was lying. I never reported this incident and the nurse was transferred out later.

Since the management canceled the life transitions program I am only allowed assistance to write concern forms, grievances, commissary sheets and letters to my family once every 7 days. My day used to be

on Saturdays, now it's on Wednesdays.  The help can only stay for 40 minutes.  This is not enough time for me to get my writing done and 7 days in between the visits makes it so I can't file grievances in time to meet policy. I have written the Deputy Warden about this but nothing has been resolved.

In November of 2010 I wrote to Jeff Shehan (was Hospital Administrator) and Bristy (was Director of Nursing) complaining that people were not feeding me on time or not feeding me at all and I am waiting 5-12 hours between diaper changes. I was told to write to these people if my care wasn't being met but the problems never get resolved.

Re-segregated by Sgt. Lidgard who decided I could not have roommates and no assistants.  I had a roommate one day and then they moved him out, the staff said you're not allowed roommates any more.  And inmates who stop at my door to say hello are told to get away from the door and they are told they aren't allowed to talk to me.

I also tried to get help writing concern forms and grievances, it's been an ongoing problem.  I have to really work hard to get help writing a letter, getting the TV channel changed, and getting some water is like pulling teeth.   There used to be a memo on the dayroom bulletin board saying that people were allowed to turn my lights on and off for me or change the TV channel but Sgt. Lidgard had it taken down.

I wrote a concern form on 09/19/09 complaining that staff was coming in to feed me but the vegetables were rotten.  The response was "thank you for your concern", but nothing has changed.

Currently my meals sit out between 1 to 12 hours before they are fed to me or I don't get fed at all.  There is an order that staff is not to feed me until everyone else has eaten.

There are illegal activities occurring in the medical building and it's been caught on camera. How long waiting for meals, how long between water, it's on the camera.   I don't want to give names right now because I am afraid of retaliation.  I'm afraid to go back to the stuff that happened with Comstock, McElroy and Grecho.

We have no credibility around here - we tell things and then they ask the staff if they did it and they say no and then the staff retaliate more and more. If they would just watch the cameras they will see it.

There are sexual activities occurring in the bathing room, there is a camera in there.

I give this as an example, Cindy, about 6 months ago.  I had problems with Cindy for a while as she is very rough with me.  One night she came in my room with a Correctional Officer and she was complaining as she took my blankets off, she said "why do you have so many fucking blankets" and she tossed my blankets on the floor.  I lost it and said if you have a problem with my blankets go see the Correctional

Officer.  She threw the blankets at me and the Correctional Officer took her out.  They didn't fire her, a few days later she came in with a Correctional Officer and apologized and we got along okay after that.  About a month later Cindy got fired because she gave an inmate a bite of her hamburger from home.  Staff is allowed to be abusive and nothing happens, someone does something kind and they are fired.

The officers and staff members want you to believe my name is "offender" and they want you to believe that I have no creditability.

Quote from Sgt. Rhoades:  "No creditability, the problem is that you guys don't have any credibility.  It doesn't matter if you have 1 or 20 witnesses, you don't have any creditability".

Sir, I ask that you look with better eyes then this and hear with better ears my name is Nathan Daniel Diggs and if you give me the chance I will give you creditability.

I have more, these are just the main issues, and I believe these issues greatly contributed to the severity of my current disability.

See attachment A which describes Multiple Sclerosis, signs and symptoms, and factors triggering a relapse.

Attachment B is several concern forms from 2007-2010 addressing issues described in this complaint.

Attachment C is a recent grievance.


**Request for Appointment of Attorney**

I do request that an attorney be appointed to represent me in this matter. I believe I am in need of an attorney due to my physical inability to write, research, and prepare court documents, also for the particular reasons described in this complaint/affidavit, additionally my lack of legal knowledge which all together make it impossible for me to pursue this matter without an attorney.

The undersigned declares under penalty of perjury:

1) That he is the petitioner in this action, that he has read this petition and that the information contained in the petition is true and correct.
2) That he gave the petition to prison officials for mailing and filing with the Clerk of Court under the indigent policy on _____ (date).

DATED This _7th_ day of _February_ , 20 _11_ .

_____
Signature

SUBSCRIBED AND SWORN To before me this _7th_ day of _February_ . 20 _11_ .

_____
Notary Public for Idaho

Commission expires: _03/04/2016_